AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS and YOLANDA PITRE <br><br> *Plaintiff(s)* <br><br> v. <br><br> GRUNS NUTRITION, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-4998 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gruns Nutrition, Inc.
c/o Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raphael Janove
Janove PLLC
500 7th Ave., 8th Fl.
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/16/2025

*Tammi M. Hellwig*   /s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04998-LJL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gruns Nutrition, Inc. was received by me on *(date)* Jun 16, 2025, 12:54 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kay Pearsall. Corporate Specialist authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* Gruns Nutrition, Inc. on *(date)* Mon, Jun 16 2025 at 3:58 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $85.50.

I declare under penalty of perjury that this information is true.

Date: June 17, 2025

_____
*Server's signature*

Sharlene Brooks, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Class Action Complaint with Demand for Jury Trial

1) Successful Attempt: Jun 16, 2025, 3:58 pm EDT at LegalInc Corporate Services Inc., Registered Agent 131 Continental Drive, Suite 305, Newark, DE 19713 received by Kay Pearsall, Corporate Specialist authorized to accept. Age: 50; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;