## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS and JENIFER MESTAZ-HEISER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRUNS NUTRITION, INC.,<br><br>Defendant. | Case No. 25-cv-4998 |

**DECLARATION OF CHAD JANIS IN SUPPORT OF MOTION TO DISMISS**

I, Chad Janis, declare as follows:

1.  I am the Chief Executive Officer for Defendant Gruns Nutrition, Inc. ("Grüns"). As such, I am familiar with the business records that Defendant maintains in relation to its product labels and packaging materials. I make this declaration of my own personal knowledge and, if called upon to do so, could competently testify thereto.

2.  Attached here to as <u>Exhibits 1-4</u> are true and correct copies of the complete labeling (front and back) for the Grüns Superfoods Greens Gummies, sugar-free Grüns Superfoods Greens Gummies, Grüns Cubs Superfoods Greens Gummies, and sugar-free Grüns Cubs Superfoods Greens Gummies.

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration is executed this 10th day of October 2025.

_____
Chad Janis

## CERTIFICATE OF SERVICE
(United States District Court)

      I hereby certify that on October 10, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ William P. Cole*
William P. Cole

## SERVICE LIST

Raphael Janove
JANOVE PLLC
500 7th Ave., 8th Floor
New York, NY 10018
Tel: (646) 347-3940
Email: raphael@janove.law

Ryan J. Ellersick (pro hac)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Email: ryan.ellersick@zimmreed.com