## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CAVALLARO-KEARINS and JENIFER MESTAZ-HEISER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRUNS NUTRITION, INC.,<br><br>Defendant. | Case No. 25-cv-4998 |

**DECLARATION OF MARIAM YUSUF IN SUPPORT OF MOTION TO DISMISS**

I, Mariam Yusuf, declare as follows:

1.      I am employed by Amin Wasserman Gurnani LLP ("AWG"), counsel of record for Plaintiff JB7, LLC ("JB7") in the above captioned matter. Except as otherwise indicated, I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called as a witness.

2.      Attached hereto as Exhibits 1-15 are true and correct copies that I made on September 30, 2025 of the webpage that opened up when I clicked on the hyperlinks contained in the First Amended Complaint ("FAC"). As outlined in the table below, each exhibit corresponds to a specific hyperlink in the FAC. I attempted to take a screenshot of every hyperlinked social media ad in the FAC, but only the below links worked.

| Exhibit Number | Location of Hyperlink |
|---|---|
| 1 | ¶ 32 n.8 |
| 2 | ¶ 33 n.10 |
| 3 | ¶ 38 n.21 |
| 4 | ¶ 44 n.26 |
| 5 | ¶ 45 n.27 |
| 6 | ¶ 45 n.28 |
| 7 | ¶ 57 n.45 |
| 8 | ¶ 63 n.56 |
| 9 | ¶ 66 n.81 |
| 10 | ¶ 67 n.83 |
| 11 | ¶ 67 n.84 |
| 12 | ¶ 68 n.85 |

| | |
|:-:|:-:|
| 13 | ¶ 68 n.86 |
| 14 | ¶ 68 n.87 |
| 15 | ¶ 68 n.88 |

3.　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration is executed this 10th day of October 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ Mariam A. Yusuf
　　　　　　　　　　　　　　　　　　　　　Mariam Yusuf

## CERTIFICATE OF SERVICE
(United States District Court)

I hereby certify that on October 10, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ William P. Cole*
William P. Cole

## SERVICE LIST

Raphael Janove
JANOVE PLLC
500 7th Ave., 8th Floor
New York, NY 10018
Tel: (646) 347-3940
Email: raphael@janove.law

Ryan J. Ellersick (pro hac)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Email: ryan.ellersick@zimmreed.com