UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PATRICIA CAVALLARO-KEARINS, *on behalf of*                         :
*themselves and all others similarly situated*, et al.             :
                                                                   :
                                    Plaintiffs,                    :        25-cv-4998 (LJL)
                                                                   :
            -v-                                                    :        ORDER
                                                                   :
GRUNS NUTRITION, INC.,                                             :
                                                                   :
                                    Defendant.                     :
                                                                   X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing with respect to the motion to compel discovery at Dkt. No. 42 on March 19, 2026, at 4:00 p.m.  The hearing will proceed remotely by Microsoft Teams video conference.  Parties will be provided with instructions for accessing the conference via email.  The public may access the conference through the Court's audio only teleconference line by dialing 646-453-4442 and using Conference ID # 358639322.  The parties are ordered to meet and confer in advance of the hearing to either resolve or narrow the discovery issues to be addressed by the Court.

        SO ORDERED.

Dated: March 16, 2026
        New York, New York                                  _____
                                                            LEWIS J. LIMAN
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2026