UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

Patricia Cavallaro-Kearins, et al.,

               Plaintiffs,

     -v-

Gruns Nutrition Inc.,

         Defendant.

--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2026
```

25-cv-4998 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The motion to compel at Dkt. No. 42 is granted in part and denied in part for the reasons stated by the Court at the March 19, 2026 hearing.  The Clerk of Court is respectfully requested to close Dkt. No. 42.

     SO ORDERED.

Dated: March 19, 2026
      New York, New York
                               LEWIS J. LIMAN
                       United States District Judge